UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE MANUEL EGUREN ZARAGOZA,<br><br>Petitioner,<br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | No. 5:26-cv-06871-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUGED, AND DECREED THAT the Petition is:

(1) granted, in part, with Respondents ORDERED to:

(a) provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Jose Manuel Eguren Zaragoza (A# 075-507-692)** within seven (7) days of this Order, with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

(b) release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to reasonably assure his appearance as required and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) denied as to all other requests for relief with prejudice.

Dated: November 23, 2026__

JOHN D. EARLY
United States Magistrate Judge